IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  06-3250 |
| BRICK AND BLOCK CONSTRUCTION, INC., | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiffs' Motion for Default Judgment (d/e 7) and Amended Motion for Default Judgment (d/e 8).  On December 18, 2006, Magistrate Judge Byron Cudmore entered an Order of Default (d/e 6) in Plaintiffs' favor and against Defendant.  The Court having reviewed the pending Motions and other pleadings, and the Complaint having been duly filed and served upon the Defendant, Brick and Block Construction, Inc., and the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a

1

Default Judgment against Defendant, Brick and Block Construction, Inc., as follows:

    A.    Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liabilities due and owing for the period from January 1, 1998, through June 30, 2003, in the amount of $6,203.97, delinquent contributions and report forms due for the months of July 2003, October 2003, May 2004 through September 2004 in the amount of $2,632.78, liquidated damages for the months of November 2002 through March 2006, in the amount of $10,076.11 and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered.

    B.    Defendant is specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments; and

    C.    Defendant is decreed to pay to the Plaintiffs its attorney fees in the amount of $7,399.33, as provided by ERISA, 29 U.S.C. § 1132(g)(2); and

    D.    Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   February 1, 2007.

    FOR THE COURT:

                                                s/ Jeanne E. Scott
                                                JEANNE E. SCOTT
                                          UNITED STATES DISTRICT JUDGE